for petitioner. *Messrs. Henry C. Walters* and *Cashan P. Head* for respondent.

No. 718. NATIONAL SURETY CORP. *v.* PROVIDENT TRUST Co. March 27, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. George E. Beechwood* for petitioner. *Mr. Harvey A. Miller* for respondent.

No. 720. HARTMAN *v.* ROSS. March 27, 1944. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Messrs. Frank J. Hogan, Edmund L. Jones,* and *Howard Boyd* for petitioner. *Mr. Charles H. Houston* for respondent.

No. 738. ISELIN ET AL. *v.* LACOSTE. March 27, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. L. Bryan Dabney* for petitioners.

No. 624. CAPE ANN GRANITE Co., INC. *v.* UNITED STATES. March 27, 1944. Petition for writ of certiorari to the Court of Claims denied. *Mr. Horace M. Gray* for petitioner. *Solicitor General Fahy, Assistant Attorney General Shea,* and *Mr. Paul A. Sweeney* for the United States.

No. 671. McMULLEN *v.* UNITED STATES. March 27, 1944. Petition for writ of certiorari to the Court of Claims denied. *Messrs. Leo R. Friedman, William E. Leahy,* and